Jeffrey W. Shields, Bar No. 109920
Rick A. Varner, Bar No. 160403
M. Adam Tate, Bar No. 280017
SHIELDS LAW OFFICES
1920 Main Street, Suite 1080
Irvine, California 92614
(949) 724-7900; Fax (949) 724-7905
E-mail: jeff@shieldslawoffices.com

Attorneys For Plaintiff
Tatsunoko Production Co., Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATSUNOKO PRODUCTION CO., LTD., a Japanese corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAMES J. ROCKNOWSKI, an individual; JOHN E. ROCKNOWSKI, an individual; and MICHAEL S. CISNEROS, an individual,<br><br>    Defendants. | Case No.2:12-cv-09236-CBM<br>                        (FMOx)<br><br>AMENDED<br>ORDER GRANTING EXPARTE APPLICATION TO EXTEND STIPULATED DATE OF DISMISSAL SO AS TO ALLOW ENFORCEMENT OF SETTLEMENT AGREEMENT [26] |

## NOTE: CHANGES MADE BY THE COURT

23882

1     WHEREAS, the Court having fully considered the Ex parte
2 application filed February 19, 2014 [Doc. No. 26], together with
3 all papers filed and good cause appearing therefore;
4       IT IS HEREBY ORDERED, that the Ex parte application to
5 continue the stipulated date of dismissal so as to allow
6 enforcement of settlement agreement is GRANTED and the date of
7 dismissal will be continued from February 21, 2014 to *APRIL 1,*
8 *2014.*
9       IT IS SO ORDERED.

DATED:  February 21, 2014    _____
                             CONSUELO B. MARSHALL, JUDGE
                             UNITED STATES DISTRICT COURT

2